1
2
3
4
5
6
7

8        UNITED STATES DISTRICT COURT
         NORTHERN DISTRICT OF CALIFORNIA
9

10
11   PIERCE LANDRUM GROCE   Plaintiff,        CASE NO. 08   0966

12         vs.                                PRISONER'S
     CALiforNiA Dept. of CorrectioNs, Board of  APPLICATION TO PROCEED
13   Prison Terms. California Parole Commission  IN FORMA PAUPERIS
     WArdeN: KeN CLArk, CorCorAN State Prison
14   CALiforNiA, Att. GeN. Edmund  Defendant.              E-filing
                                   Brown J R.
15

16      I, Pierce L. Groce_____, declare, under penalty of perjury that I am the plaintiff in

17   the above entitled case and that the information I offer throughout this application is true and correct.

18   I offer this application in support of my request to proceed without being required to prepay the full

19   amount of fees, costs or give security.  I state that because of my poverty I am unable to pay the

20   costs of this action or give security, and that I believe that I am entitled to relief.

21         In support of this application, I provide the following information:

22   1.    Are you presently employed?   Yes ___   No ✓

23   If your answer is "yes," state both your gross and net salary or wages per month, and give the name

24   and address of your employer:

25   Gross: __ØØ_____   Net: __ØØ_____

26   Employer: _____NONE_____

27   _____

28   If the answer is "no," state the date of last employment and the amount of the gross and net salary

PRIS. APPLIC. TO PROC. IN FORMA
PAUPERIS, Case No._____        - 1 -

1  and wages per month which you received. (If you are imprisoned, specify the last place of
2  employment prior to imprisonment.)
3  _____Hudson Lumber Company (1990)_____
4  _____
5  _____

6  2.  Have you received, within the past twelve (12) months, any money from any of the following
7  sources:
8     a.  Business, Profession or                Yes ___  No ✓
9         self employment
10    b.  Income from stocks, bonds,             Yes ___  No ✓
11        or royalties?
12    c.  Rent payments?                         Yes ___  No ✓
13    d.  Pensions, annuities, or                Yes ___  No ✓
14        life insurance payments?
15    e.  Federal or State welfare payments,     Yes ___  No ✓
16        Social Security or other govern-
17        ment source?
18  If the answer is "yes" to any of the above, describe each source of money and state the amount
19  received from each.
20  _____
21  _____
22  3.  Are you married?                         Yes ___  No ✓
23  Spouse's Full Name: _____
24  Spouse's Place of Employment: _____
25  Spouse's Monthly Salary, Wages or Income:
26  Gross $_____ Net $_____
27  4.  a.  List amount you contribute to your spouse's support : $ ___∅___
28      b.  List the persons other than your spouse who are dependent upon you for support

PRIS. APPLIC. TO PROC. IN FORMA
PAUPERIS, Case No._____               - 2 -

1  and indicate how much you contribute toward their support. (NOTE: For minor
2  children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.).
3  _____
4  _____
5  5.   Do you own or are you buying a home?   Yes ___ No ✓
6  Estimated Market Value: $_____ Amount of Mortgage: $_____
7  6.   Do you own an automobile?   Yes ___ No ✓
8  Make _____ Year _____ Model _____
9  Is it financed? Yes ___ No ✓ If so, Total due: $ _____
10 Monthly Payment: $ _____
11 7.   Do you have a bank account? Yes ___ No ✓ (Do not include account numbers.)
12 Name(s) and address(es) of bank: _____
13 _____ NONE _____
14 Present balance(s): $ _____
15 Do you own any cash? Yes ___ No ✓ Amount: $ _____
16 Do you have any other assets? (If "yes," provide a description of each asset and its estimated
17 market value.)   Yes ___ No ✓
18 _____
19 8.   What are your monthly expenses?
20 Rent: $ __ ∅ __   Utilities: __ ∅ __
21 Food: $ __ ∅ __   Clothing: __ ∅ __
22 Charge Accounts:
23 Name of Account        Monthly Payment        Total Owed on This Acct.
24 __ ∅ __        $ __ ∅ __        $ __ ∅ __
25 __ ∅ __        $ __ ∅ __        $ __ ∅ __
26 __ ∅ __        $ __ ∅ __        $ __ ∅ __
27 9.   Do you have any other debts? (List current obligations, indicating amounts and to whom
28 they are payable. Do not include account numbers.)

PRIS. APPLIC. TO PROC. IN FORMA
PAUPERIS, Case No._____        - 3 -

1     NO

2

3   10.    Does the complaint which you are seeking to file raise claims that have been presented in

4   other lawsuits?                          Yes ____    No ✓

5   Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which

6   they were filed.

7

8

9       I consent to prison officials withdrawing from my trust account and paying to the court the

10   initial partial filing fee and all installment payments required by the court.

11       I declare under the penalty of perjury that the foregoing is true and correct and understand

12   that a false statement herein may result in the dismissal of my claims.

13

14   2-7-2008                           Pierce L. Groce

15      DATE                                SIGNATURE OF APPLICANT

PRIS. APPLIC. TO PROC. IN FORMA

PAUPERIS, Case No._____        - 4 -