Clerk of U.S. District Court

FILED 3/17/2008

~~RECEIVED~~

MAR 20 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Dear Sir:

I need to know if my Writ of Habeas Corpus Case No. CV08 0966 (S.B.A)(PR), has been validated and processed In forma Pauperis, and have all parties been served and notified; and will a Attorney be retained to represent me, as requested in afore-mentioned action. Through no fault of mine, this institution delayed in returning my financial records to your office so I could proceed in forma Pauperis. Even so I had the $5.00 dollar filing fee mailed, to your office way before the March 15, 2008 deadline date, rendered by your office. I just need conformation by you, so I'll know how to proceed. Please answer this letter A.S.A.P. Thankyou...

(Copy)

Respectfully Submitted

Price Groce P05958



Pierce Broce P05958
S.A.T.F / G2d / 294 low
P.O. Box 5248
Corcoran, California
93212

LEGAL MAiL

c/o CLERK of U.S. District Court
Northern District of California
450 Golden Gate Avenue
San Francisco, California
94102