E-filing

SBA

(PR)

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

PiERCE LANdRum GROCE Plaintiff,

vs.

CALiforNia Dept. of CorREctioNS
BoArd of PrisoN TeAms, CALiforNia PAroLE
CommiSSioN; WARdEN KEN Clark Defendant.
CorcorAN State PrisoN, CaLi AH GENERAL (    )
EdmuNd BrowN JR.

CV 08    0966

CASE NO._____

PRISONER'S
APPLICATION TO PROCEED
IN FORMA PAUPERIS

16   I, PiERCE LAndrum GROCE , declare, under penalty of perjury that I am the

17   plaintiff in the above entitled case and that the information I offer throughout this application

18   is true and correct.  I offer this application in support of my request to proceed without being

19   required to prepay the full amount of fees, costs or give security.  I state that because of my

20   poverty I am unable to pay the costs of this action or give security, and that I believe that I am

21   entitled to relief.

22        In support of this application, I provide the following information:

23   1.    Are you presently employed?  Yes ____  No ✓

24   If your answer is "yes," state both your gross and net salary or wages per month, and give the

25   name and address of your employer:

26   Gross: _____Ø Ø_____  Net: _____Ø Ø_____

27   Employer: _____NONE_____

28   _____

1  If the answer is "no," state the date of last employment and the amount of the gross and net

2  salary and wages per month which you received.   (If you are imprisoned, specify the last

3  place of employment prior to imprisonment.)

4  _Hudson   Lumber   &  Company (1990)_

5  _____

6  _____

7  2.      Have you received, within the past twelve (12) months, any money from any of the

8  following sources:

9       a.      Business, Profession or                    Yes ____  No ✓

10              self employment

11      b.      Income from stocks, bonds,                 Yes ____  No ✓

12              or royalties?

13      c.      Rent payments?                             Yes ____  No ✓

14      d.      Pensions, annuities, or                    Yes ____  No ✓

15              life insurance payments?                          ✓

16      e.      Federal or State welfare payments,         Yes ____  No ____

17              Social Security or other govern-

18              ment source?

19  If the answer is "yes" to any of the above, describe each source of money and state the amount

20  received from each.

21  _____

22  _____

23  3.      Are you married?                               Yes ____  No ✓

24  Spouse's Full Name: _____

25  Spouse's Place of Employment: _____

26  Spouse's Monthly Salary, Wages or Income:

27  Gross $_____  Net $_____

28  4.      a.      List amount you contribute to your spouse's support:$ ____∅____

b.    List the persons other than your spouse who are dependent upon you for support and indicate how much you contribute toward their support. (NOTE: For minor children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.).

_____

_____

5.    Do you own or are you buying a home?    Yes ____    No ✓

Estimated Market Value: $_____    Amount of Mortgage: $_____

6.    Do you own an automobile?    Yes ____    No ✓

Make _____    Year _____    Model _____

Is it financed? Yes ____    No ✓    If so, Total due: $ _____

Monthly Payment: $ _____

7.    Do you have a bank account? Yes ____    No ✓    (Do not include account numbers.)

Name(s) and address(es) of bank: _____

_____ NONE _____

Present balance(s): $ _____

Do you own any cash? Yes ____    No ✓    Amount: $ _____

Do you have any other assets? (If "yes," provide a description of each asset and its estimated market value.)    Yes ____    No ✓

_____

8.    What are your monthly expenses?

Rent: $ ____ ∅ ____    Utilities: ____ ∅ ____

Food: $ ____ ∅ ____    Clothing: ____ ∅ ____

Charge Accounts:

| Name of Account | Monthly Payment | Total Owed on This Acct. |
|---|---|---|
| ∅ | $ ∅ | $ ∅ |
| ∅ | $ ∅ | $ ∅ |
| ∅ | $ ∅ | $ ∅ |

PRIS. APP. TO PROC. IN FORMA PAUPERIS

9.      Do you have any other debts? (List current obligations, indicating amounts and to whom they are payable.  Do not include account numbers.)

_____ NO _____

_____

10.     Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits?   Yes ____   No ✔

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

_____

_____

        I consent to prison officials withdrawing from my trust account and paying to the court the initial partial filing fee and all installment payments required by the court.

        I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

**3 - 3 - 2008**                    *Pierce L. Groce*
        DATE                        SIGNATURE OF APPLICANT

1

2                                           Case Number: CV08 0966 SBA (PR)

3

4

5

6

7

8                                   **CERTIFICATE OF FUNDS**

9                                             **IN**

10                                 **PRISONER'S ACCOUNT**

11

12      I certify that attached hereto is a true and correct copy of the prisoner's trust account

13 statement showing transactions of __PIERCE L. GROCE__ for the last six months
                                       [prisoner name]

14 __CORCORAN STATE PRISON__ where (s)he is confined.
            [name of institution]

15      I further certify that the average deposits each month to this prisoner's account for the

16 most recent 6-month period were $ _____ and the average balance in the prisoner's

17 account each month for the most recent 6-month period was $_____.

18

19 Dated: __3-3-08__                        _____
                                     [Authorized officer of the institution]

20

21

22

23

24

25

26

27

28

```
REPORT ID: TS3030  .701                          REPORT DATE: 03/11/08
                                                     PAGE NO:     1
                      CALIFORNIA DEPARTMENT OF CORRECTIONS
                             SATF/SP AT CORCORAN
                        INMATE TRUST ACCOUNTING SYSTEM
                        INMATE TRUST ACCOUNT STATEMENT

                 FOR THE PERIOD: AUG. 01, 2007 THRU MAR. 11, 2008

ACCOUNT NUMBER : P05958                 BED/CELL NUMBER: FGB2T2000000294L
ACCOUNT NAME   : GRICE, PIERCE LANDRUM       ACCOUNT TYPE: I
PRIVILEGE GROUP: A
                        TRUST ACCOUNT ACTIVITY
       TRAN
DATE   CODE  DESCRIPTION  COMMENT   CHECK NUM  DEPOSITS  WITHDRAWALS  BALANCE
-----  ----  -----------  -------   ---------  --------  -----------  -------

08/01/2007   BEGINNING BALANCE                                         0.00

08/09*DD34 EFT DEPOSIT D 0737/90547            22.51                  22.51
08/10 FC07 DRAW-FAC 7   0799/FAC-G                        22.51        0.00
09/05*DD34 EFT DEPOSIT D 1234/J-PAY            29.26                  29.26
09/11 FC07 DRAW-FAC 7   1415/FAC-G                        29.26        0.00
11/06*VD54 INMATE PAYROL 2502/10-07             0.72                   0.72
11/07*DD34 EFT DEPOSIT D 2553/90635            27.01                  27.73
11/08 FC07 DRAW-FAC 7   2605/FAC-G                        27.43        0.30
11/27 W515 COPY CHARGE  2927/COPY                          0.30        0.00
12/03*DD34 EFT DEPOSIT D 2979/90660            45.00                  45.00
12/05*VD54 INMATE PAYROL 3056/11-07             3.17                  48.17
12/11 FC07 DRAW-FAC 7   3173/FAC-G                        48.17        0.00
    ACTIVITY FOR 2008
01/08*VD54 INMATE PAYROL 3498/12-07             1.16                   1.16


                 * RESTITUTION ACCOUNT ACTIVITY

DATE SENTENCED: 06/28/06                CASE NUMBER: 152119
COUNTY CODE: ALA                        FINE AMOUNT: $    400.00

   DATE    TRANS.   DESCRIPTION              TRANS. AMT.   BALANCE
--------   ------   -----------              -----------   -------

08/01/2007   BEGINNING BALANCE                             362.50

08/09/07   DR34    REST DED-EFT DEPOSIT         25.00-     337.50
09/05/07   DR34    REST DED-EFT DEPOSIT         32.50-     305.00
11/06/07   VR54    RESTITUTION DEDUCTION-SUPPORT 0.80-     304.20
11/07/07   DR34    REST DED-EFT DEPOSIT         30.00-     274.20
12/03/07   DR34    REST DED-EFT DEPOSIT         50.00-     224.20
12/05/07   VR54    RESTITUTION DEDUCTION-SUPPORT 3.52-     220.68
01/08/08   VR54    RESTITUTION DEDUCTION-SUPPORT 1.28-     219.40
```

REPORT ID: TS3030 .701                          REPORT DATE: 03/11/08
                                                PAGE NO:        2

                    SATF/SP AT CORCORAN
                 INMATE TRUST ACCOUNT STATEMENT

              FOR THE PERIOD: AUG. 01, 2007 THRU MAR. 11, 2008

ACCT: P05958     ACCT NAME: GROCE, PIERCE LANDRUM     ACCT TYPE: I


    * THIS STATEMENT DOES NOT REFLECT THE ADMINISTRATIVE FEE CHARGE THAT *
    * IS EQUAL TO TEN PERCENT OF THE RESTITUTION AMOUNT COLLECTED.        *


                    TRUST ACCOUNT SUMMARY

| BEGINNING BALANCE | TOTAL DEPOSITS | TOTAL WITHDRAWALS | CURRENT BALANCE | HOLDS BALANCE | TRANSACTIONS TO BE POSTED |
|---|---|---|---|---|---|
| 0.00 | 128.83 | 127.67 | 1.16 | 0.00 | 0.00 |

                                        CURRENT
                                        AVAILABLE
                                        BALANCE
                                        ------------------
                                            1.16
                                        ------------------

THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.        MAR 11 2008
ATTEST:
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY _____
   TRUST OFFICE

Pierce Grace" P05958
P.O. Box 5248.
in Coran State Prison
in Coran California
93212

BUSINESS REPLY MAIL

FIRST-CLASS MAIL    PERMIT NO. 12615    WASHINGTON DC

POSTAGE WILL BE PAID BY UNITED STATES COURTS

US DISTRICT COURT
450 GOLDEN GATE AVE
PO BOX 36060
SAN FRANCISCO CA 94102-9680

NO POSTAGE
NECESSARY
IF MAILED
IN THE
UNITED STATES