**FILED**

APR – 4 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

APRIL 1, 2008

Clerk of U.S. District Court

Dear Clerk:

This is my formal request, that the <u>Respondent's</u> in Case #: 4:08-CV-00966-S.B.A., be hereby served and notified of this pending action of <u>Habeas Corpus</u>.

I <u>Pierce L. Groce</u>, <u>Pro Se</u>, is, also requesting a court appointed attorney be assigned to ~~me~~ represent me in this aforemention action; please inform me of the action taken concerning this request A.S.A.P. Thankyou.

Respectfully, Submitted

Pierce L. Groce, Pro-Se

 Copy's

Pierce Bryce P05958
C.S.A.T.F./G2d/294low
P.O. Box 5248
Corcoran, California
93212

To CLERK of U.S. District Court
Northern District of California
1301 Clay St., Suite 400S
OAKLAND, CALIFORNIA
94612-5212

LEGAL MAIL