**UNITED STATES DISTRICT COURT**
**Northern District of California**
1301 Clay Street
Oakland, California 94612
———————
www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
510.637.3530

June 25, 2008

District Clerk,
U.S. District Court, Eastern District of CA (Sacramento)
4-200 United States Courthouse
501 I Street
Sacramento, CA 95814-2133

RE: CV 08-00966 SBA  PIERCE L GROCE-v-CALIFORNIA DEPT OF CORRECTIONS

Dear Clerk,

Pursuant to an order transferring the above captioned case to your court, transmitted herewith are:

- ☒ Certified copy of docket entries.
- ☒ Certified copy of Transferral Order.
- ☒ Electronic case file documents.
- ☒ Please access the electronic case file for additional pleadings you may need. See the attached instructions for details.

Please acknowledge receipt of the above documents on the attached copy of this letter.

Sincerely,
RICHARD W. WIEKING, Clerk

by: *Jessie Mosley*
Jessie Mosley
Case Systems Administrator

Enclosures
Copies to counsel of record